# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Grace Albanese, | Case No.: 2:17-cv-01599-JAD-VCF |
| Plaintiff | |
| v. | **Order Denying Request** |
| The Federal Bureau of Investigation, | [ECF Nos 9, 10, 11] |
| Defendant | |

In three separate letters to the court, Plaintiff Grace Albanese asks the court to rescind her vexatious-litigant status.[1]  Albanese's request does not comply with the process outlined in the attached letter, which was sent to her by this court's Chief Judge.  As the court stated it would in the attached letter if Albanese did not comply with the process provided therein, **IT IS ORDERED that the court denies these requests [ECF Nos. 9, 10, 11]**.  If Albanese would like to file any further cases or documents with the court, she must first comply with the process provided in the attached letter.  The Clerk of Court is directed to mail Albanese a copy of this order along with the attached letter.

_____
U.S. District Judge Jennifer A. Dorsey
March 1, 2022

---

[1] ECF Nos. 9, 10, 11.



## United States District Court
District of Nevada

Chambers of
Miranda M. Du
Chief Judge

Bruce R. Thompson U.S.
Courthouse & Federal Building
400 South Virginia Street
Reno, Nevada 89501
(775) 686-5919

June 22, 2021

Grace Albanese
General Delivery
Las Vegas, NV 89030
**VIA U.S. Mail**

    Re:    *Your Request to File More Lawsuits Despite the Previous Order Declaring You a Vexatious Litigant*

Dear Ms. Albanese:

    I received your enclosed letter in my capacity as Chief Judge. Judge Dorsey previously declared you a vexatious litigant. *See Albanese v. Federal Bureau of Investigations*, Case No. 2:17-cv-01599-JAD-VCF, ECF No. 7 at 5 (D. Nev. Jul. 27, 2017). Your request in your attached letter to file additional lawsuits is denied because you have not provided me with enough information to determine whether your proposed lawsuits are frivolous. *See De Long v. Hennessey*, 912 F.2d 1144, 1148 (9th Cir. 1990) ("it is incumbent on the court to make 'substantive findings as to the frivolous or harassing nature of the litigant's actions.'").

    If you wish to file one or more lawsuits with this Court, please prepare a letter addressed to me explaining why those proposed lawsuits are not frivolous, along with:
1. A proposed Complaint for each lawsuit; and
2. A sworn declaration stating: (a) that the matters asserted in the new complaint or papers have never been raised and disposed of on the merits by any court; (b) that the claim or claims are not frivolous or made in bad faith; and (c) that you have conducted a reasonable investigation of the facts, and your investigation supports your proposed claim or claims.

///
///
///
///
///
///
///

If you do not comply with these requirements, I will summarily deny any future requests to file new lawsuits.

Sincerely,

Miranda Du
Chief United States District Judge